JOHN ZAK and Others, Respondents, v. THE FIRST BOHEMIAN BUTCHERS AND BOLOGNA MAKERS UNION OF NEW YORK and Others, Appellants.— On argument, judgment unanimously affirmed, with costs. The appellants conceded on the argument that at the time of the commencement of the action the plaintiffs had no one in their employ. A finding accordingly will be made. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET HECHT, Appellant, v. THE SHERIFF OF KINGS COUNTY, BROOKLYN, NEW YORK, Respondent.— On argument, order fixing appellant's bail as a material witness and order dismissing writ of habeas corpus affirmed, without prejudice to an application to reduce bail if the case be not tried at the February, 1933, term. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

VIRGINIA M. AUSTIN, Respondent, v. MONDS' GARAGE, INC., J. HERBERT MONDS, Doing Business as MONDS' GARAGE, Appellant, and Another, Defendant. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

EMIL BERTSCH, Respondent, v. GEORGE SMITH, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

REBECCA G. BOWEN, Plaintiff, v. PAUL W. HORGAN and Others, Defendants; PHILIP KANTER and SAMUEL GOLDINGER, as Assignees of TRACHSON BUILDING CORPORATION, Respondents; AGNES VERLIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

CREST FURNITURE, INC., Respondent, v. FULTON FIRE INSURANCE COMPANY, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

BENJAMIN E. DEVOY, JR., as Trustee in Bankruptcy of MODEL MATTRESS CORPORATION, Respondent, v. SUPERIOR FIRE INSURANCE COMPANY, Appellant. — Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

HARRY DIMIN, Respondent, v. TERRESTOR REALTY CO., INC., and Others, Defendants; HARRY BRAM, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

CARLYLE FINKELSTEIN, Respondent, v. SAMUEL RABINOWITZ, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

WINIFRED FISCHER, as Administratrix, etc., of HERMAN H. FISCHER, Deceased, Respondent, v. THE AMITY HARBOR CORPORATION, a Domestic Corporation, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.